UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY D. GREER,

    Plaintiff,

v.

MERCANTILE ADJUSTMENTS
BUREAU, INC.,

    Defendant.

_____/

Case no. 5:15-cv-12305-JCO-EAS

Honorable John Corbett O'Meara

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff TIMOTHY D. GREER and Defendant MERCANTILE ADJUSTMENTS BUREAU, INC., through their counsel, hereby stipulate and agree, that the above-captioned action be dismissed with prejudice.  Each party shall bear their own attorney's fees and costs.

Respectfully Submitted,

| | |
|---|---|
| By:*/s/ Stephen A. Thomas*<br>Stephen A. Thomas (P43260)<br>Attorney for Plaintiff<br>645 Griswold St., Suite 1360<br>Detroit, MI 48226<br>Phone: (313) 965-2265<br>sthomas@313965bank.com | By: /s/ *Deborah A. Lujan*<br>Deborah A. Lujan (P46990)<br>Attorney for Defendant<br>4000 Town Center, 9th Floor<br>Southfield, Michigan 48075<br>(248) 355-4141<br>deborah.lujan@ceflawyers.com |

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY D. GREER,

    Plaintiff,

v.

MERCANTILE ADJUSTMENTS
BUREAU, INC.,

    Defendant.

_____/

Case no. 5:15-cv-12305-JCO-EAS

Honorable John Corbett O'Meara

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' stipulation, this matter is hereby DISMISSED with prejudice and with no award of costs or attorney's fees to either party.

SO ORDERED.

Date: October 28, 2015

    s/John Corbett O'Meara
    United States District Judge

2